IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RAKAEL BROWN,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>**Defendants.** | **Civil Case Number: 1:24-cv-01351-MLB-RDC** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendants in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   November 18, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*

/s/ Julian E.L. Gale
Julian E.L. Gale, Esq.
PRO HAC VICE
Jones Day
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (603) 828-9723
Email: jgale@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Allison G. Rhadans
Allison G. Rhadans, Esq.
Equifax Inc.
1550 Peachtree Street NE
Atlanta, GA 30309

Tel: (470) 714-5657
Email: Allison.madans@equifax.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

/s/ Paul L. Myers
Paul L. Myers, Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel: (214) 560-5452
Email: pmyers@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*